# Schedule A

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and is funded by appropriations available to execute the tactical infrastructure program of U.S. Customs and Border Protection.

**SCHEDULE "B"**
**PUBLIC PURPOSE:**

Declaration of Taking-4

# Schedule B

The public purpose for which said land is taken is to construct, install, operate, and maintain a border security tower, along with all necessary and related structures and roads, designed to help secure the United States/Mexico border within the State of Texas.

# Schedule C

## SCHEDULE "C"
## LEGAL DESCRIPTION

**Tract: RGV-BRP-T1019**

FIELD NOTES FOR 0.1090 ACRE OR 4,746 SQUARE FEET OF LAND LOCATED IN
SHARE 1 OF THE ESPIRITU SANTO GRANT, CAMERON COUNTY, TEXAS, BEING
OUT OF A CALLED 12.285 ACRE RESERVE TRACT OF THE ABEL AND LIDIA
LONGORIA SUBDIVISION, RECORDEDIN CABINET 1, PAGES 1659A & 1659B OF THE
CAMERON COUNTY MAP RECORDS (C.C.M.R.), CONVEYED TO DANIEL CORONADO
AVALOS BY DEED DATED APRIL 27, 2012, AS RECORDED IN VOLUME 18476, PAGE
279 OF THE CAMERON COUNTY OFFICIAL RECORDS (C.C.O.R.), SAID 0.1090 ACRE
TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS
FOLLOWS:

**COMMENCING** at a found 1/2-inch iron rod for the northwest corner of said Reserve tract and
the northeast corner of the remainder of a called 59 acre tract of land, conveyed to Martin T.
Cruz by deed dated October 16, 1930, as recorded in Volume 225, Page 17 of the Cameron
County Deed Records (C.C.D.R.), being on the south line of a called 42.5 acre tract of land,
conveyed to Carlos Lozano, et al by deed dated May 16, 1986, as recorded in Volume 52, Page
441 C.C.O.R., having coordinates of N = 16,516,770.98, E = 1,279,670.05;

**THENCE**, South 31°46'54" West, along the west line of said Reserve tract and the east line of
said Cruz tract, a distance of 53.77 feet to a 5/8-inch iron rod with plastic cap stamped
"LANDTECH CONSULTANTS", set, for the POINT OF BEGINNING and the northwest
corner of the herein described tract, being the westerly northwest corner of said Avalos tract,
having coordinates of N = 16,516,725.27, E = 1,279,641.73;

**THENCE**, North 88°35'43" East, along the westerly north line of said Avalos tract, a distance of
100.00 feet to a 5/8-inch iron rod with plastic cap stamped "LANDTECH CONSULTANTS",
set, for the northeast corner of the herein described tract and the northeast corner of said Avalos
tract;

**THENCE**, South 31°46'54" West, a distance of 56.71 feet to a 5/8-inch iron rod with plastic cap
stamped "LANDTECH CONSULTANTS", set, for the southeast corner of the herein described
tract;

**THENCE**, South 88°35'43" West, a distance of 100.00 feet to a 5/8-inch iron rod with plastic
cap stamped "LANDTECH CONSULTANTS", set, for the southwest corner of the herein
described tract, being on the west line of said Reserve tract and the east line of said Cruz tract,
from which a found 1/2-inch iron rod, being the southwest corner of said Reserve and the
southeast corner of said Cruz tract, bears South 31°46'54" West, 340.53 feet;

**THENCE**, North 31°46'54" East, along the west line of said Reserve tract and the east line of said Cruz tract, a distance of 56.71 feet to the POINT OF BEGINNING and containing 0.1090 acres or 4,746 square feet of land.

The herein described tract of land is bounded by the following US Army Corps of Engineers, Fort Worth District's Proposed Tract Numbers (as of December, 2012):

On the north by RGV-BRP-1016

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and the Leica SmartNet Reference Network Station "RTCM-Ref 0909", having coordinates of N = 16,519,734.0968 & E = 1,318,461.0350. All coordinates and distances are surface values and can be converted to grid values by multiplying by the Project Scale Factor (PSF) of 1.000000000. (SURFACE X PSF =GRID)

The unit of measure is U.S. Survey Foot.

Corners not set at time of survey, to be set upon possession of property by the government.

Landtech Consultants Inc.

# Schedule D

## SCHEDULE "D"



**Tract:  RGV-BRP-T1019**
**Acreage: .1090**
**Cameron County, Texas**

## SCHEDULE "D" (Cont.)



**Tract: RGV-BRP-T1019**
**Acreage: .1090**
**Cameron County, Texas**

# Schedule C

## SCHEDULE "C"
## LEGAL DESCRIPTION

**Tract: RGV-BRP-T1019E**

FIELD NOTES FOR 1.0975 ACRE OR 47,808 SQUARE FEET OF LAND LOCATED IN
SHARE 1 OF THE ESPIRITU SANTO GRANT, CAMERON COUNTY, TEXAS, BEING
OUT OF A PORTION OF A CALLED 12.285 ACRE RESERVE TRACT OF THE ABEL AND
LIDIA LONGORIA SUBDIVISION, RECORDED IN CABINET 1, PAGES 1659A & 1659B
OF THE CAMERON COUNTY MAP RECORDS (C.C.M.R.), CONVEYED TO DANIEL
CORONADO AVALOS BY DEED DATED APRIL 27, 2012 , AS RECORDED IN VOLUME
18476, PAGE 279 OF THE CAMERON COUNTY OFFICIAL RECORDS (C.C.O.R.), SAID
1.0975 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND
BOUNDS AS FOLLOWS:

**COMMENCING** at a found 1/2-inch iron rod for the northwest corner of said Reserve tract and
the northeast corner of the remainder of a called 59 acre tract of land, conveyed to Martin T.
Cruz by deed dated October 16, 1930, as recorded in Volume 225, Page 17 of the Cameron
County Deed Records (C.C.D.R.), being on the south line of a called 42.5 acre tract of land,
conveyed to Carlos Lozano, et al by deed dated May 16, 1986, as recorded in Volume 52, Page
441 of the Cameron County Official Records (C.C.O.R.), having coordinates of N =
16,516,770.98, E = 1,279,670.05, from which a found 1/2-inch iron rod, for the southwest corner
of said Reserve tract, the southwest corner of said Avalos tract and the southeast corner of said
Cruz tract, bears South 31°46' 54" West, 451.01 feet;

**THENCE,** North 88°35' 43" East, along the north line of said Reserve tract and the south line of
said Lozano tract, a distance of 100.00 feet to a point, for the POINT OF BEGINNING and the
northwest corner of the herein described easement, being the northerly northwest corner of said
Avalos tract, having coordinates of N = 16,516, 773 .43, E = 1,279,770.02;

**THENCE,** North 88°35' 43" East, continuing along the north line of said Reserve tract and the
south line of said Lozano tract, a distance of 1,322.68 feet to a point, for the northeast corner of
the herein described easement, being the northeast corner of said Reserve tract, the n011heast
corner of said Avalos tract and the northwest corner of Lot 12 of said Longoria Subdivision, as
conveyed to Veronica Rey by deed dated April 19, 1999, as recorded in Volume 5540, page 318
C.C.O.R., from which a found 1/2-inch iron rod bears North 01°30' West, 0.2 feet;

**THENCE,** South 01°29'50" East, along the east line of said Reserve tract and the west line of
said Lot 12, a distance of 129.33 feet to a found 1/2-inch iron rod, for the southeast corner of the
herein described easement and the southwest corner of said Lot 12, being on a non-tangent curve
to the left on the right-of-way line of Abel Longoria Street (per Cabinet 1, Page 1659 A & B,
C.C.M.R.), whose center bears South 12°45'15" East;

THENCE, southwesterly, along said right-of-way and curve to the left, having a radius of 60.00 feet, an arc length of 46.75 feet, a central angle of 44°38'32", and a chord which bears South 54°55'29" West, 45.58 feet to a point, for the southwest corner of the herein described easement and end of said curve to the left, being the beginning of a non-tangent curve to the right, whose center bears N011h 50°34'29" East;

THENCE, northwesterly, along said curve to the right, having a radius of 190.00 feet, an arc length of 103.43 feet, a central angle of 31°11 '22", and a chord which bears North 23°49'50" West, 102.16 feet to a point, for the end of said curve to the right and an angle point in the west line of the herein described easement;

THENCE, North 29°00'11" West, a distance of 34.04 feet to point for the northwest corner of the herein described easement;

THENCE, South 88°35'43" West, along a line 30.00 feet south of and parallel to the north line of said Reserve tract and the south line of said Lozano tract, a distance of 1,249.84 feet to a point, for the westerly southwest corner of the herein described easement, being on the northerly west line of said Avalos tract;

THENCE, North 31°46'54" East, a distance of 35.85 feet to the POINT OF BEGINNING and containing 1.0975 acres or 47,808 square feet of land.

The herein described easement of land is bounded by the following US Army Corps of Engineers, Fort Worth District's Proposed Tract Numbers (as of December, 2012):

On the west by RGV-BRP-1016

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and the Leica SmartNet Reference Network Station "RTCM-Ref0909", having coordinates of N = 16,519,734.0968 & E = 1,318,461.0350. All coordinates and distances are surface values and can be converted to grid values by multiplying by the Project Scale Factor (PSF) of 1.000000000. (SURFACE X PSF = GRID)

The unit of measure is U.S. Survey Foot.

Corners not set at time of survey, to be set upon possession of property by the government.

Landtech Consultants Inc.

# Schedule D

## SCHEDULE "D"



**Tract: RGV-BRP-T1019E**
**Acreage: 1.0975**
**Cameron County, Texas**

## SCHEDULE "D" (Cont.)



**Tract: RGV-BRP-T1019E**
**Acreage: 1.0975**
**Cameron County, Texas**

**SCHEDULE "D" (Cont.)**



Tract: **RGV-BRP-T1019E**
Acreage: **1.0975**
**Cameron County, Texas**

## SCHEDULE "D" (Cont.)



SHARE 1
ESPIRITU SANTO GRANT
CAMERON COUNTY, TEXAS

**Tract:  RGV-BRP-T1019E**
**Acreage: 1.0975**
**Cameron County, Texas**

# Schedule E

## SCHEDULE "E"
## ESTATE TAKEN

## FEE SIMPLE EXCLUDING MINERALS

**Tract: RGV-BRP-T1019**

Fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto, but without the right to enter upon or over the surface of said land for the purpose of drilling and extracting therefrom said minerals. The estate excludes all interests in water rights associated with or appurtenant to the land, and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the remote video surveillance system site.

## PERPETUAL ROAD AND UTILITY EASEMENT

**Tract: RGV-BRP-T1019E**

A perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Exhibit B for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use a road and utility easement.

# Schedule G

## SCHEDULE "G"
## NAMES AND ADDRESSES OF INTERESTED PARTIES:

**AS TO TRACTS RGV-BRP-T1019, T1019E:**
Daniel Coronado Avalos

Brownsville, TX  78520
(By virtue of the Warranty Deed with Vendor's Lien recorded in Vol. 18476 Pg. 279, Official Public Records of Real Property, Cameron County, TX)


Abel C & Lidia Lucia S Longoria

San Benito, TX  78586
(By virtue of the Warranty Deed with Vendor's Lien recorded in Vol. 18476 Pg. 279, Official Public Records of Real Property, Cameron County, TX)


Office of the Attorney General of Texas
300 W. 15th Street
Austin, TX  78701
(By virtue of the Notice of Child Support Lien dated November 8, 2009, filed for record in the Office of the County Clerk of Cameron County, Texas in Volume 16467, Page 181, Official Records, Cameron County, Texas)


Office of the Attorney General of Texas
300 W. 15th Street
Austin, TX  78701
(By virtue of the Notice of Child Support Lien dated November 19, 2009, filed for record in the Office of the County Clerk of Cameron County, Texas in Volume 16504, Page 174, Official Records, Cameron County, Texas)


Internal Revenue Service
Attn: Donna Morris
Senior Commissioner
4050 Alpha Rd.
Farmers Branch, TX  75244
(By virtue of its Federal Tax Lien dated February 24, 2009, filed for record in the Office of the County Clerk of Cameron County, Texas in Volume 15834, Page 142, Official Records, Cameron County, Texas)

Mr. Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, TX 78521