IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:17-cv-088 |
| | § | |
| 1.2065 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN CAMERON COUNTY, | § | |
| STATE OF TEXAS; AND DANIEL | § | |
| CORONADO AVALOS, ET AL., | § | |
| *Defendants*. | § | |

## **UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES**

**To the Honorable Andrew S. Hanen,
United States District Judge:**

Pursuant to this Court's April 24, 2017 Order Setting Conference (ECF. No. 4), the United States lists the following persons or other entities that are or may be financially interested in this litigation:

1. Daniel Coronado Avalos;
2. Abel C. & Lidia Lucia S. Longoria;
3. Office of the Attorney General of Texas;
4. Internal Revenue Service;
5. Tony Yzaguirre, Jr., Cameron County Tax Assessor-Collector; and
6. United States of America.

                                                                            Respectfully submitted,

                                                                            **ABE MARTINEZ**,
                                                                            Acting United States Attorney

                                      By:     *s/ Richard A. Kincheloe*
                                                              Richard A. Kincheloe
                                                              Assistant United States Attorney
                                                              Attorney-in-Charge
                                                              United States Attorney's Office
                                                              Southern District of Texas
                                                              Texas Bar No. 24068107

S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Certificate was served on the parties listed below by first-class U.S. mail, postage prepaid, on April 25, 2017.

Daniel Coronado Avalos
Brownsville, Texas 78520

Abel C. & Lidia Lucia S. Longoria
San Benito, Texas 78586

Office of the Attorney General of Texas
300 W. 15th Street
Austin, Texas 78701

Internal Revenue Service
Attn: Donna Morris, Senior Commissioner
4050 Alpha Road
Farmers Branch, Texas 75244

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, Texas 78521

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney