**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | §     Case No. 1:17-cv-088 |
| 1.2065 ACRES OF LAND, MORE OR | § |
| LESS SITUATED IN CAMERON | § |
| COUNTY, STATE OF TEXAS; DANIEL | § |
| CORONADO AVALOS, *ET AL.*, | § |
| | § |
| *Defendants*. | § |

## Second Status Report by the United States of America

The United States initiated this action on April 24, 2017, for the taking of interests in real property identified as (a) Tract RGV-BRP-T1019, which consists of 0.1090 acres for the placement of a surveillance tower, and (b) Tract RGV-BRP-T1019E, which is a permanent road easement to allow the United States to access Tract RGV-BRP-T1019. Thereafter, Daniel Coronado Avalos, owner of the parent tract from which these interests were taken, requested that the United States move the placement of Tract RGV-BRP-T1019E to minimize the adverse impact that the taking would have on his remaining land. The United States agreed to do this, and on April 23, 2018, the United States filed an amended complaint and amended declaration of taking. [Doc. Nos. 17 and 18].

The parties have reached an agreement to resolve this matter, and the attached letter memorializes the parties' agreement.[1]

---

[1] Abel and Lidia Longoria sold the real property to Daniel Coronado Avalos and maintain a vendor's lien.

The agreement between the parties requires that the United States revest a small interest in the original description of Tract RGV-BRP-T1019E to Daniel Coronado Avalos.  Unfortunately, it has taken longer than expected to complete drafting the documents necessary to effectuate this revestment.  The United States has completed a draft of these documents, but they are current in the process of internal review before the United States can send them to Daniel Coronado Avalos for signature.

The United States requests that the Court continue the initial status conference to sometime after December 1, 2018.  The United States hopes this will be adequate time to (a) complete the internal review of the documents necessary to accomplish the revestment, (b) send the documents to Daniel Coronado Avalos for signature, (c) receive signature pages from Daniel Coronado Avalos, and (d) file the fully-executed documents with the Court.

Dated:  September 17, 2018.

Respectfully submitted,

RYAN K. PATRICK,
United States Attorney

By:    *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email:  Richard.Kincheloe@usdoj.gov
**Attorney for the United States of America**

## Certificate of Service

The undersigned certifies that he served a true and correct copy of the foregoing Status Report on the parties remaining in the above-captioned case by first-class U.S. mail, postage prepaid, on September 17, 2018.

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney



**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

| | |
|---|---|
| 1000 Louisiana St., Ste. 2300 | Phone (713) 567-9422 |
| Houston, TX 77002 | Fax (713) 718-3303 |

February 6, 2018

*Via* **First-Class U.S. Mail, Postage Prepaid**
Daniel Coronado Avalos
7528 Eagle Pass Street
Houston, TX 77020

*Via* **Hand Delivery**
Abel C. & Lidia Lucia S. Longoria
25256 Nelson Road
San Benito, Texas 78586

RE:     *United States of America v. 1.2065 Acres of Land, More or Less and Daniel*
        *Coronado Avalos, et al*, Case No. 1:17-cv-088, pending in the United States District
        Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Daniel Coronado Avalos and Mr. & Mrs. Longoria,

This letter is to propose a resolution of the above-captioned land condemnation case. The United
States proposes to (a) move the road easement as requested by Mr. Daniel Coronado Avalos, and
(b) pay $5,700 as just compensation for Tracts RGV-BRP-T1019 and RGV-BRP-T1019E.

On April 24, 2017, the United States filed its Complaint in Condemnation and Declaration of
Taking for the acquisition of certain interests in real property described as Tracts RGV-BRP-
T1019 and RGV-BRP-T1019E (collectively, the "Subject Property") and more particularly
described in Schedules "C" and "D" to the Complaint in Condemnation and Declaration of Taking
filed·at Doc. Nos. 1 and 2 in Case No. 1:17-cv-088. After the taking of the Subject Property,
.Daniel Coronado Avalos requested that the United States move the road easement identified as
Tract RGV-BRP-T1019E.

The United States has completed a revised survey of Tract RGV-BRP-T1019E to move the road
easement per Mr. Daniel Coronado Avalos's request, and that survey is enclosed with this letter.
The United States previously provided a copy of this survey to Mr. Daniel Coronado Avalos, and
the United States understands that he is not opposed to the new location of the road easement.
Furthermore, the United States understands that Mr. Daniel Coronado Avalos is currently indebted
to Abel and Lidia Longoria and that the indebtedness is secured by the Subject Property.

Based on the foregoing, the United States proposes to resolve the above-captioned case as follows:

(a)    The United States will file an Amended Complaint and Amended Declaration of Taking to relocate the easement described as Tract RGV-BRP-1019E as described in the attached survey.  The United States will also revest any interest in real property which was taken by the original placement of Tract RGV-BRP-1019E but which is not included in the new location of the easement.

(b)    The parties agree that five thousand seven hundred dollars and 00/100 ($5,700.00) is full and adequate just compensation for the taking of the Subject Property and as satisfaction for any and all claims related to the above-captioned procceding.

(c)    The parties agree that the just compensation paid in this case shall be applied (1) first, to outstanding *ad valorem* taxes encumbering the Subject Property, then (2) second, to the indebtedness owed by Daniel Coronado Avalos to Abel and Lidia Longoria which is secured by the Subject Property.  Daniel Coronado Avalos shall not receive any just compensation unless the agreed amount of just compensation is sufficient to satisfy the foregoing amounts in full.

If you agree to the terms described in this letter, please indicate your agreement by signing and dating where indicated below.  This letter agreement is intended to be binding even if executed in multiple counterparts.  If you have any questions, you may contact the undersigned at (713) 567-9422 or richard.kincheloe@usdoj.gov.  Your prompt attention to this matter is appreciated and will expedite resolution.

Sincerely,

RYAN K. PATRICK,
United States Attorney
Southern District of Texas

Richard A. Kincheloe
Assistant United States Attorney

Enclosure

**BY EXECUTING BELOW, YOU INDICATE THAT YOU AGREE TO SETTLE THIS MATTER AS DESCRIBED IN THIS LETTER AGREEMENT:**

_____          _____
Daniel Coronado Avalos                  Date

_____          2-6-2018
Abel C. Longoria                        Date

_____          2-6-2018
Lidia Lucia S. Longoria                 Date

Based on the foregoing, the United States proposes to resolve the above-captioned case as follows:

(a)   The United States will file an Amended Complaint and Amended Declaration of Taking to relocate the easement described as Tract RGV-BRP-1019E as described in the attached survey.  The United States will also revest any interest in real property which was taken by the original placement of Tract RGV-BRP-1019E but which is not included in the new location of the easement.

(b)   The parties agree that five thousand seven hundred dollars and 00/100 ($5,700.00) is full and adequate just compensation for the taking of the Subject Property and as satisfaction for any and all claims related to the above-captioned proceeding.

(c)   The parties agree that the just compensation paid in this case shall be applied (1) first, to outstanding *ad valorem* taxes encumbering the Subject Property, then (2) second, to the indebtedness owed by Daniel Avalos to Abel and Lidia Longoria which is secured by the Subject Property. Daniel Avalos shall not receive any just compensation unless the agreed amount of just compensation is sufficient to satisfy the foregoing amounts in full.

If you agree to the terms described in this letter, please indicate your agreement by signing and dating where indicated below.  This letter agreement is intended to be binding even if executed in multiple counterparts.  If you have any questions, you may contact the undersigned at (713) 567-9422 or richard.kincheloe@usdoj.gov.  Your prompt attention to this matter is appreciated and will expedite resolution.

Sincerely,

ABE MARTINEZ
Acting United States Attorney
Southern District of Texas

Richard A. Kincheloe
Assistant United States Attorney

Enclosure

**BY EXECUTING BELOW, YOU INDICATE THAT YOU AGREE TO SETTLE THIS MATTER AS DESCRIBED IN THIS LETTER AGREEMENT:**

Daniel Coronado Avalos                         Date   3/1/2017

Abel C. Longoria                              Date

Lidia Lucia S. Longoria                       Date

LANDTECH CONSULTANTS, INC.
2525 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS, 77008
Tel.: 713-861-7068
TBPLS FIRM No. 10019100

0.9903 ACRE
43,136 SQ. FT.

FN. No. RGV-BRP-1019B
Job No. 1120202

CAMERON COUNTY, TEXAS
FIELD NOTE DESCRIPTION
RGV-BRP-1019B
(Daniel Coronado Avalos)

FIELD NOTES FOR 0.9903 OF AN ACRE OR 43,136 SQUARE FEET OF LAND LOCATED IN SHARE 1 OF THE ESPIRITU SANTO GRANT, CAMERON COUNTY, TEXAS, BEING OUT OF A PORTION OF A CALLED 12.285 ACRE RESERVE TRACT OF THE ABEL AND LIDIA LONGORIA SUBDIVISION, RECORDED IN CABINET 1, PAGES 1659A & 1659B OF THE CAMERON COUNTY MAP RECORDS (C.C.M.R.), CONVEYED TO DANIEL CORONADO AVALOS BY DEED DATED APRIL 27, 2012 , AS RECORDED IN VOLUME 18476, PAGE 279 OF THE CAMERON COUNTY OFFICIAL RECORDS (C.G.O.R.), SAID 0.9903 OF AN ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a found 1/2-inch iron rod for the northwest corner of said Reserve tract and the northeast corner of the remainder of a called 59 acre tract of land, conveyed to Martin T. Cruz by deed dated October 16, 1930, as recorded in Volume 225, Page 17 of the Cameron County Deed Records (C.C.D.R.), being on the south line of a called 42.5 acre tract of land, conveyed to Carlos Lozano, et al by deed dated May 16, 1986, as recorded in Volume 52, Page 441 of the Cameron County Official Records (C.C.O.R.), having coordinates of N = 16,516,770.98, E = 1,279,670.05, from which a found 1/2-inch iron rod, for the southwest corner of said Reserve tract, the southwest corner of said Avalos tract and the southeast corner of said Cruz tract, bears South 31°46'54" West, 451.01 feet;

THENCE, North 88°35'43" East, along the north line of said Reserve tract and the south line of said Lozano tract, a distance of 100.00 feet to a point, for the POINT OF BEGINNING and the northwest corner of the herein described easement, being the northerly northwest corner of said Avalos tract, having coordinates of N = 16,516,773.43, E = 1,279,770.02;

THENCE, North 88°35'43" East, continuing along the north line of said Reserve tract and the south line of said Lozano tract, a distance of 1,322.68 feet to a point, for the northeast corner of the herein described easement, being the northeast corner of said Reserve tract, the northeast corner of said Avalos tract and the northwest corner of Lot 12 of said Longoria Subdivision, as conveyed to Veronica Rey by deed dated April 19, 1999, as recorded in Volume 5540, page 318 C.C.O.R., from which a found 1/2-inch iron rod bears North 01°30' West, 0.2 feet;

THENCE, South 01°29'50" East, along the east line of said Reserve tract and the west line of said Lot 12, a distance of 129.33 feet to a found 1/2-inch iron rod, for the southeast corner of the herein described easement and the southwest corner of said Lot 12, being on a non-tangent curve to the left on the right-of-way line of Abel Longoria Street (per Cabinet 1, Page 1659 A & B, C.C.M.R.), whose center bears South 12°45'15" East;

THENCE, southwesterly, along said right-of-way and curve to the left, having a radius of 60.00 feet, an arc length of 34.33 feet, a central angle of 32°47'13", and a chord which bears South 60°51'09" West, 33.87 feet to a point, for the southwest corner of the herein described easement and end of said curve to the left;

THENCE, North 01°29'50" West, along a line 30.00 feet west of and parallel to the east line of said Reserve tract and the south line of said Rey tract, a distance of 115.09 feet to a point, for corner of the herein described easement;

Page 1 of 6

**LANDTECH CONSULTANTS, INC.**
**2525 NORTH LOOP WEST**
**SUITE 300**
**HOUSTON, TEXAS, 77008**
**Tel.: 713-861-7068**
**TBPLS FIRM No. 10019100**

THENCE, South 88°35'43" West, along a line 30.00 feet south of and parallel to the north line of said Reserve tract and the south line of said Lozano tract, a distance of 1,312.35 feet to a point, for the westerly southwest corner of the herein described easement, being on the northerly west line of said Avalos tract;

THENCE, North 31°46'54" East, a distance of 35.85 feet to the POINT OF BEGINNING and containing 0.9903 acres or 43,136 square feet of land.

The herein described easement of land is bounded by the following US Army Corps of Engineers, Fort Worth District's Proposed Tract Numbers (as of December, 2012):

On the west by RGV-BRP-1016

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and the Leica SmartNet Reference Network Station "RTCM-Ref 0909", having coordinates of N=16,519,734.0968 & E=1,318,461.0350. All coordinates and distances are surface values and can be converted to grid values by multiplying by the Project Scale Factor (PSF) of 1.000000000. (SURFACE X PSF = GRID)

The unit of measure is U.S. Survey Foot.

Corners not set at time of survey, to be set upon possession of property by the government.

Landtech Consultants Inc.

Scott M. Fertak
Registered Professional Land Surveyor
No. 5257

REVISED: October 15, 2013 and July 20, 2017

Drawing No. RGV-BRP-1019B
Job No. 1120202

Page 2 of 6



NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO
THE TEXAS COORDINATE SYSTEM NAD83, SOUTH ZONE
(4205) AND THE LEICA SMARTNET REFERENCE
NETWORK STATION "RTCM-REF 0909", HAVING COORDINATES OF
N=18,519,734.0968 & E=1,318,461.0350. ALL COORDINATES
AND DISTANCES ARE SURFACE VALUES AND CAN BE CONVERTED
TO GRID VALUES BY MULTIPLYING BY THE PROJECT SCALE
FACTOR (PSF) OF 1.000000000. (SURFACE X PSF = GRID)

2. THE UNIT OF MEASURE IS U.S. SURVEY FOOT.

3. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET
UPON POSSESSION BY THE GOVERNMENT.

N
NTS

PORTION OF A CALLED
12.285 ACRE RESERVE
ABEL C. LONGORIA AND WIFE
LIDIA LUCIA LONGORIA
CABINET 1, PAGE 1859 A & B
C.C.M.R.

RGV-BRP-1019E
0.9903 AC.
43,136 SQ. FT.

P.O.C.
FND. 1/2" IR.
N=18,516,770.98
E=1,279,670.05

P.O.B.
N=18,516,773.43
E=1,279,770.02

ABEL AND LIDIA LONGORIA SUBDIVISION
CABINET 1, PAGE 1859 A & B
C.C.M.R.

CALLED 12.285 ACRE
RESERVE

PORTION OF A CALLED
12.285 ACRE RESERVE
DANIEL CORONADO AVALOS
VOL. 18478, PG. 279
C.C.O.R.
APRIL 27, 2012

L E G E N D

● - SET 5/8" IR W/PLASTIC CAP STAMPED
   "LANDTECH CONSULTANTS"
   (UNLESS NOTED) SEE NOTE 3
○ - FOUND PROPERTY CORNER (AS NOTED)
C.C.D.R. - CAMERON COUNTY DEED RECORDS
C.C.O.P.R. - CAMERON COUNTY OFFICIAL
   PUBLIC RECORDS
C.C.O.R. - CAMERON COUNTY OFFICIAL RECORDS
C.C.M.R. - CAMERON COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
℗ - PROPERTY LINE
○ PP - POWER POLE MP-METER POLE

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE
GROUND UNDER MY SUPERVISION AND THAT THIS PLAT
CORRECTLY REPRESENTS THE FACTS AS FOUND AT
THE TIME OF THE SURVEY.
SURVEY DATE, MAY, 2012. REVISED JULY, 2017.

21 July 2017

SCOTT M. FERTAK
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 5257

STATE OF TEXAS
SCOTT M. FERTAK
5257
PROFESSIONAL
LAND SURVEYOR

DANIEL CORONADO AVALOS
RGV-BRP-1019E

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
TBPLS FIRM NO. 10019200
2500 NORTH LOOP WEST SUITE 500
HOUSTON, TEXAS 77092
TEL 281.(713) 521-7900    FAX 281.(713) 521-4311

US Army Corps
of Engineers
RIO GRANDE CITY
CAMERON COUNTY, TEXAS

SHEET 3 OF 8



SHARE 1
ESPIRITU SANTO GRANT
CAMERON COUNTY, TEXAS



SHARE 1
ESPIRITU SANTO GRANT
CAMERON COUNTY, TEXAS

SCALE: 1"=100'

0    50    100    200

CALLED 42.5 ACRE
CARLOS LOZANO, ET. AL.
VOL. 52, PG. 441
C.C.O.R.
MAY 16, 1986

30' ACCESS EASEMENT
VOL. 18476, PG. 279
C.C.O.R.

N 88° 35'43" E 1,322.68'

DIRT ROAD                    DIRT ROAD

POWER POLE

POWER POLE                   POWER POLE

S 88° 35'43" W 1,312.35'

MATCH LINE A

MATCH LINE B

RGV-BRP-1019E
0.9903 AC.
43,136 SQ. FT.

CALLED 12.285 ACRE
RESERVE

ABEL AND LIDIA LONGORIA SUBDIVISION
CABINET 1, PAGE 1989 A & B
C.C.M.R.

PORTION OF A CALLED
12.285 ACRE RESERVE
DANIEL CORONADO AVALOS
VOL. 18476, PG. 279
C.C.O.R.
APRIL 27, 2012

DANIEL CORONADO AVALOS
RGV-BRP-1019E

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
TEXAS FIRM NO. 10031722
2825 NORTH LOOP WEST SUITE 300
HOUSTON, TEXAS 77092
TEL. NO. (713) 861-7063      FAX. NO. (713) 861-4231

US Army Corps
of Engineers

CAMERON COUNTY, TEXAS

SHEET 5. OF 6



# SHARE 1
## ESPIRITU SANTO GRANT
## CAMERON COUNTY, TEXAS

SCALE: 1"=100'

CALLED 42.5 ACRE
CARLOS LOZANO, ET. AL.
VOL. 52, PG. 441
C.C.O.R.
MAY 16, 1986

30' ACCESS EASEMENT
VOL. 18476, PG. 279
C.C.O.R.

FND. 1/2" IR
BEARS N 01° 30' W
0.2'

N 88° 35'43" E 1,322.68'

DIRT ROAD

S 88° 35'43" W 1,312.35'

RGV-BRP-1019E
0.9903 AC.
43,136 SQ. FT.

CALLED 12.285 ACRE
RESERVE

ABEL AND LIDIA LONGORIA SUBDIVISION
CABINET 1, PAGE 1859 A & B
C.C.M.R.

LOT 12
VERONICA REY
VOLUME 5540 PAGE 318
C.C.O.R.
APRIL 19, 1999

FND. 1/2" IR

ABEL LONGORIA STREET
(CAB. 1, PG. 1859 A & B)

PORTION OF A CALLED
12.285 ACRE RESERVE
DANIEL CORONADO AVALOS
VOL. 18476, PG. 279
C.C.O.R.
APRIL 27, 2012

MATCH LINE B

| CURVE TABLE | | | | |
|---|---|---|---|---|
| CURVE | Δ | RADIUS | LENGTH | CHORD |
| C1 | 32°47'13" | 60.00' | 34.33' | S 60°51'09" W | 33.87' |

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S 01°29'50" E | 115.09' |
| L2 | N 01°29'50" W | 34.04 |

DANIEL CORONADO AVALOS
RGV-BRP-1019E

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING · LAND SURVEYING
TEXAS FIRM NO. 10030032
2002 NORTH LOOP WEST SUITE 600
HOUSTON, TEXAS 77018
TEL (713) 680-9333    FAX (713) 680-4331

US Army Corps
of Engineers

SHEET 6 OF 6

RGV-BRP-1019E AREA SUMMARY July 2017.TXT                                    7/20/2017

```
*--------------------------------------------------------------------------
* Prepared by: LandTech Consultants Inc.
* Routine: Area Summary  Coord File: SEGMENT-17 AllPts.crd   7/20/17 11:33:06
* Input Scale Factor: 1.000000   Output Scale Factor: 1.000000
*--------------------------------------------------------------------------

RGV-BRP-1019E
  Point ID      Ang Rt    Bearing       Distance  Point ID      Northing        Easting
   15230                N 88°35'43"E    1322.6799   15224  16516805.85813   1281092.30202
   15224   90°05'33"   S 01°29'50"E     129.3283    15225  16516676.57397   1281095.68144

   CURVE DEF: Arc                                   CURVE DIR: CCW
   RAD: 60.0000          LEN: 34.3344     TAN: 17.6515    CEN. ANG: 32°47'13"
   CHORD: 33.8678        MO: 2.4392       EXT: 2.5426     DEGREE: 95°29'35"
   SEG: 55                        TRI: 975            SEC: 1030

   15225  191°15'25"   S 12°45'15"E      60.0000    1501  16516618.05439   1281108.92754
    1501   32°47'13"   N 45°32'28"W      60.0000   15237  16516660.07827   1281066.10239

   15225  117°39'01"   S 60°51'09"W      33.8678   15237  16516660.07827   1281066.10239
   15237    .62°20'59" N 01°29'50"W     115.0939   15235  16516775.13288   1281063.09491
   15235  269°54'27"   S 88°35'43"W    1312.3497   15241  16516742.96050   1279751.13962
   15241   56°48'49"   N 31°46'54"E      35.8469   15230  16516773.43250   1279770.01964
   15230  123°11'11"

Perimeter: 2949.6331  Cumulative Perimeter: 2949.6331

Sq. Feet: 43136 Acres: 0.9903
Total - Sq. Feet: 43136 Acres: 0.9903
```

1