UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| *versus* | § § | Case Number: 1:17–cv–00088 |
| 1.2065 Acres of Land, More or Less, et al. | § § | |

# Notice of Reassignment

    By agreement of the judges, this case is reassigned to the docket of United States District Judge Fernando Rodriguez, Jr.

Date: October 3, 2018

David J. Bradley, Clerk